# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Juan Antonio Covarrubias, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:16-cv-01681-JFW-KK |
| v. | |
| Ronald Rackley, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

August 5, 2016                                    *[signature]*
_____                           _____
Date                                              United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency            ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous ☐ Immunity as to _____
☐ Other: _____
_____

Comments:



_____                           _____
Date                                              United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED                                                                    ☐ DISMISSED.
☐ DENIED (see comments above).  IT IS FURTHER ORDERED that this case is hereby:   ☐ REMANDED.

_____                           _____
Date                                              United States District Judge