JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO COVARRUBIAS,<br><br>  Petitioner,<br><br>  v.<br><br>S. HATTON, Warden,<br><br>  Respondent. | Case No. EDCV 16-1681-JFW (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: December 15, 2016

_____
HONORABLE JOHN F. WALTER
United States District Judge